**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Eric Quintin MARTIN, Defendant–**
**Appellant.**

**No. 07–40619**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 16, 2008.

Michelle S. Englade, Assistant U.S. Attorney, U.S. Attorney's Office Eastern

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

District of Texas, Beaumont, TX, for Plaintiff-Appellee.

Gary R. Bonneaux, for Defendant-Appellant.

Before PRADO, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Eric Quintin Martin has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Martin has not filed a response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.